UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRE DILLARD,

    Petitioner,

v.                                        Case Number: 2:12-CV-11108

THOMAS MACKIE,

    Respondent.
                             /

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this court's Opinion and Order dated June 30, 2015 , this cause of action is DISMISSED.

Dated at Detroit, Michigan this 30th day of June, 2015.

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT

                       BY:    S/Lisa Wagner
                                   Lisa Wagner, Case Manager and
                                   Deputy Clerk to
                                   Judge Robert H. Cleland
                                   (313) 234-5522